RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 24 2021
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

United States District Court
for the
Northern District of Georgia
Atlanta Division

__Faith Chibugo Njoku__
Plaintiff,

v

Case Number:
**1:21-CV-0784**

__Brittany Wallace__
Defendant,

## Complaint for Violation of Civil Rights

Defendant is my legal roommate, I have approached her on numerous occassions regarding her form of Labor exploitation as I am a legal 1099 paid dog caretaker and she leaves her dog unattended in the apartment. I stated I felt like I had no choice but to work for free after an agreement we both had to intially pay me by leaving marijuana. After I told her she leaves her dog for 10-15 hours at a time and I should get compensated for my time. She yelled and cursed me out. She then had COVID-19 in December 2020 and neglected to follow her doctors orders and federal social distancing law to remain left. I was driven out of my apartment for fear of my health and had to pay for hotel fees. I was then exposed again by numerous people she brought in to the apartment (one her sister from CA) a nurse and was taken to the hospital

Her sister is ~~[struck through]~~ and came back w/o wearing a mask. I was rushed to the ED on 1/10/21 due to the dry air, smoke, vomiting, COVID-19 exposure and now have increased medical bills.

This roommate has on numerous occasion violated the lease with increased noise in the apartment. She and her boyfriend will scream and argue and I have told them I have a medical condition and disability and have tried to communicate about that type of yelling and screaming they both responded by saying it may happen again, "that's that then" and "we care about each other. That is not an excuse, they legally live with another tenant and we have a joint lease agreement. I have no where else to go and am financially not stable to uproot myself and move so I have to remain in this apartment. I do not want my civil rights to continue to be abused and violated.

Defendant stated that she worked at a restaurant when we agreed to move in, we met online. I told her I was a victim of sex and labor trafficking. She did not disclose that she worked at a strip club called Tattle-Tale under after we moved in, she also lied about her age. I saw photos on her social media that she still works there and she posted information on her social media about me and I feel it caused a danger to my safety.