United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 25 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

C. Faith Njoku
Plaintiff,

v

Case Number: 1:21-CV-0784

Brittany Wallace
Defendant,

## Amended Complaint

On this day February 25th 2021 plaintiff would like to amend complaint to include Violation of Civil Rights under 443 Housing/Accomodations

★ Defendent is my legal roommate and we are on a joint lease she contracted COVID 19 and violated federal law and doctors orders of remaining socially distanced, quarantine, wearing a mask. I was rushed to the hospital and driven out of the apartment for fear of my health and saftey. I am requesting my medical bills and fees be paid by defendant for negligence and terror.

Demand Amount $5,000.00

In August 2020 Defendant dog also attacked me. I am requesting compensation for personal and emotional injuries.