**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Faith Chibugo Njoku, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:21-cv-784-MLB |
| Brittany Wallace | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated at Atlanta, Georgia, this 23rd day of April, 2021.


JAMES N. HATTEN
CLERK OF COURT


By:   s/D. Burkhalter
          Deputy Clerk


Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2021
James N. Hatten
Clerk of Court

By:   s/D. Burkhalter
          Deputy Clerk